# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Minnesota Chapter of Associated B vs. Nicole Blissenbach, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1480 **for the following party(s): (please specify)**

Amici Curiae The Building Industry Association of the Red River Valley

[ ] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [✔] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Dean B. Thomson    s/: Dean B. Thomson

Firm Name: Fabyanske Westra Hart & Thomson PA

Business Address: 80 South Eighth Street, Suite 1900

City/State/Zip: Minneapolis, MN 55402

Telephone Number (Area Code): (612) 359-7600

Email Address: dthomson@fwhtlaw.com

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 4.29.25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: